Gregory C. Cattermole – State Bar #99465
LAW OFFICE OF GREGORY C. CATTERMOLE
477 9th Ave., Ste. 101
San Mateo, CA  94402
Telephone: (650) 345-6811
Facsimile: (650) 345-6812
Email:  greg@cattermolelaw.com

Attorney for Plaintiff BENNY VALDEZ

JOSHUA S. GOODMAN - State Bar #116576
RUTA PASKEVICIUS - State Bar #127784
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:     (415) 705-0411
E-Mail:         jgoodman@gnhllp.com / rpaskevicius@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY VALDEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.; and DOES 1 to 25,<br><br>                    Defendants. | Case No. 4:22-cv-01491-DMR<br><br>**ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>**JUDGE:**   Hon. Donna M. Ryu<br><br>**TRIAL DATE: February 20, 2024** |

Having considered the Stipulation to Amend the court's Case Management and Pretrial Order for Jury Trial (Document 27) filed by Plaintiff Benny Valdez and Defendant Home Depot, USA, Inc. through their respective counsel, the court orders as follows:

The Case Management and Pretrial Order for Jury Trial (Document 27) is amended as follows:

///

| Event | Current Date | New Date |
|---|---|---|
| Last day to add parties or amend pleadings | October 31, 2022 | No Change |
| Last day to submit Joint CMC Statement | January 11, 2023 | No Change |
| Case Management Conference | January 18, 2023 at 1:30 pm | No Change |
| Deadline to conduct private mediation | March 15, 2023 | No Change |
| Fact discovery cutoff | September 12, 2023 | August 18, 2023 |
| Expert disclosure | September 12, 2023 | September 18, 2023 |
| Rebuttal expert disclosure | September 26, 2023 | October 2, 2023 |
| Expert discovery cutoff | October 10, 2023 | October 23, 2023 |
| Last day to hear dispositive motions | November 9, 2023 | No Change |
| Pre-trial conference | February 7, 2024 | No Change |
| Jury Trial – seven days | February 20, 2024 | No Change |

**IT IS SO ORDERED.**

Date: September 28, 2022

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

Goodman Neuman Hamilton LLP
One Post Street
Suite 2100
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-

ORDER AMENDING CASE MANAGEMENT AND PRETRIAL ORDER – CASE NO. 4:22-cv-01491-DMR